G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff
PRICE LAW GROUP, APC,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRICE LAW GROUP, APC**<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**WORLDWIDE COMMERCE ASSOCIATES, LLC, a limited liability company; and DOES 1 to 10 inclusive,**<br><br>　　　　　Defendants. | **Case No.:**  2:13-cv-03259-CAS-MAN<br><br>**VOLUNTARY DISMISSAL** |

### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

　　　　Plaintiff  PRICE LAW GROUP, APC (hereinafter "Plaintiff"), by and through their attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case without prejudice.

　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

DATED: September 4, 2013　　　　**PRICE LAW GROUP APC**


　　　　　　　　　　　　　　　By: /s/ G. Thomas Martin, III
　　　　　　　　　　　　　　　　　G. Thomas Martin, III
　　　　　　　　　　　　　　　　　Attorney for Plaintiff